1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

FEDERAL HOME LOAN MORTGAGE
11   CORPORATION,

12              Plaintiff,              No. CIV S-11-2724 MCE CKD PS

13        vs.

14   MARGARITA LIEBMANN, et al.,

15              Defendants.            ORDER

16   _____/

17              Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

18   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

19              On October 24, 2011 and October 27, 2011, the magistrate judge filed findings

20   and recommendations herein which were served on the parties and which contained notice to the

21   parties that any objections to the findings and recommendations were to be filed within fourteen

22   days.  No objections to the findings and recommendations have been filed.

23              The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   \\\\

1

1          1.  The findings and recommendations filed October 24, 2011 and October 27,

2    2011, are adopted in full;

3              2.  Plaintiffs' motion for temporary restraining order (dkt. no. 4) is denied;

4              3.  This action is summarily remanded to the Superior Court of California, County

5    of Sacramento.

6     Dated:  November 18, 2011

7

8                                                MORRISON C. ENGLAND, JR.
                                                 UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26