IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL HOME LOAN MORTGAGE CORPORATION,

    Plaintiff,

vs.

MARGARITA LIEBMANN, et al.,

    Defendants.

No. CIV S-11-2724 MCE CKD PS

ORDER

/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 24, 2011 and October 27, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

\\\\

1. The findings and recommendations filed October 24, 2011 and October 27, 2011, are adopted in full;

2. Plaintiffs' motion for temporary restraining order (dkt. no. 4) is denied;

3. This action is summarily remanded to the Superior Court of California, County of Sacramento.

Dated: November 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE